IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LANDO NORRIS<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ABC TEES STORE, et al.,<br><br>　　　　　　　　Defendants. | Case No. 24-cv-07554<br><br>**Judge Jeremy C. Daniel**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Lando Norris hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| danzhoushikuangtaibaihuoyouxiangongsi | 20 |
| EnZoR Kok | 21 |
| shanxihonghuahaojianshangmaoyouxiangongsi | 27 |
| BestieGifts | 88 |

Dated this 27th day of September 2024.　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Martin F. Trainor
　　　　　　　　　　　　　　　　　　　Martin F. Trainor
　　　　　　　　　　　　　　　　　　　Sydney Fenton
　　　　　　　　　　　　　　　　　　　Alexander Whang
　　　　　　　　　　　　　　　　　　　TME Law, P.C.
　　　　　　　　　　　　　　　　　　　10 S. Riverside Plaza
　　　　　　　　　　　　　　　　　　　Suite 875
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　708.475.1127
　　　　　　　　　　　　　　　　　　　martin@tme-law.com
　　　　　　　　　　　　　　　　　　　sydney@tme-law.com
　　　　　　　　　　　　　　　　　　　alexander@tme-law.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Lando Norris*